UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CORA SHEFFIELD | * | CIVIL ACTION NO: 3:23-cv-00598-SDD-EWD |
| | * | |
| VERSUS | * | JUDGE: SHELLY D. DICK |
| | * | |
| STATE FARM FIRE & CASUALTY COMPANY | * | MAGISTRATE: ERIN WILDER-DOOMES |

***********************************************************************

### JUDGMENT OF DISMISSAL

Considering the forgoing Motion:

**IT IS HEREBY ORDERED** that the above numbered and entitled cause being the same is hereby dismissed with prejudice, with each party to bear its own costs of court.

**THUS DONE AND SIGNED** in Chambers on this __12th__ day of _____December_____, 2024.

_____
**SHELLY D. DICK**
**UNITED STATES DISTRICT JUDGE**